IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


PATRICK DEMARCAD PRYCE,

       Plaintiff,

v.                                                   CIV 05-1021 MCA/KBM

ALLEN COOPER, Warden,
Cibola County Correctional Center, et al.,

       Defendants.

## **ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

       The Magistrate Judge filed her Proposed Findings and Recommended Disposition on March 9, 2003. The docketing entry gives the parties until March 26, 2007 to file objections. The proposed findings themselves notify Petitioner of his ability to file objections and that failure to do so waives appellate review.

       To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

       Wherefore,

       **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's eighth motion for appointment of counsel, *Doc. 88,* is DENIED;

2. Any further motions for appointment of counsel by Plaintiff will be STRICKEN FROM THE RECORD AFTER FILING;

3. Plaintiff's motion to clarify, *Doc. 92,* is DENIED AS MOOT;

4. Plaintiff's motion to construe the original Complaint to name Officer Burbanks, *Doc. 90,* is DENIED AS MOOT;

5. Plaintiff's motion to supplement, *Doc. 89*, is DENIED;

6. Plaintiff's motion to withdraw his motion to amend, *Doc. 91,* is DENIED;

7. Defendants' renewed motion to dismiss on exhaustion grounds, *Doc. 77,* is DENIED WITHOUT PREJUDICE;

8. Plaintiff's motions to amend, *Docs. 26, 27, 80,* are DENIED;

9. Defendants' motion for summary judgment, *Doc. 46,* is GRANTED; and

10. All of the claims Plaintiff raises or seeks to raise are dismissed on the merits.

_____
UNITED STATES DISTRICT JUDGE